CV 14 4294

ORIGINAL

RECEIVED
JUL - 9 2014
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Requesting Retrial for
MalPractice Attys. for

Miguel P. Quinones
Plaintiff,

COMPLAINT

- against -

Plaintiff was a 60-B
Violator +

NYC. Legal Police Dept. VITALIANO, J. Breacher of
Agreement

Jury Trial Demanded

Defendants.

BLOOM, M.J.

I. Parties: Miguel P. Quinones   870 E. 162st.  #2-M
Plaintiff _____, resides at Bronx NY. 10459

Defendant NYC., resides at 100 Church St. NY. NY. Legal Dept.

Defendant _____, resides at _____

II. The jurisdiction of the Court is invoked pursuant to 60-B — Breach of Agreement + Asking for proper settlement.

III. Statement of Claim. [give a clear and concise statement of facts: where the claim arose, the date of each relevant event, a description of what occurred and how each defendant named was involved in the claim] Attys. Rep. was a 60-B & did A Double Document it was ARRESTED + PAID BAIL I Never Got Proper PAY. A MalPRACtice

IV. Remedy. State what relief, such as money damages, you seek from each defendant.

July 9, 2014
Date

Miguel P. Quinones
Sign Your Name

347-366-3883
Telephone Number

US District Court

NEW YORK COUNTY OF NEW YORK
--------------------------------------

MIGUEL P. QUINONES
   **Plaintiff**
   - VS -

NYC. LEGAL , POLICE DEPT.
   **Defendants**
--------------------------------------

60 Centre St.
NYC.

12 CV-104045

Index #

Reference

**COMPLAINT**

**REQUESTING RETRIAL
FOR MALPRACTICE ATTY. FOR
PLAINTIFF WAS A 60-B VIOLATOR**

**BREACHER OF AGREEMENT**

AS A US. PATRIOT AND HOLDING A CONGRESSIONAL MERIT
I STATE UNDER TRUTH , AS A CITIZEN LIVING IN THE STATE

I BRING THIS SUMMONS AND COMPLAINT FOR MALPRACTICE BY TWO
PARTY'S MY EX- ATTY. RICHARD D. BORZOUYE REMOVE AS ATTY.
ON RECORD , ON JAN. 4 th. 2012 FOR THE REASON ATTY. FOR PLAINTIFF
WAS A 60-B VIOLATOR & FOR BREACHING AMENDED COMPLAINT AS
PLAINTIFF I REQUESTED MY EX- ATTY. BE REMOVED IN WRITING ON ,
JULY 7 th. 2011 /' BUT WAS LEGALLY REMOVED
   ON DURING : JAN. 4 2012 . COURT SESSION.
THE REPRESENTATIVE ATTY. FOR DEFENDANTS OF NYC BY
THE NAME OF NOREEN STAKE'HOUSE WORKING AT THE LEGAL DEPT.
ADDRESS : 100 CHURCH ST NY. NY. 10007 - FOR THE CITY of NEW YORK

IT IS UNDERSTOOD THAT THE PREVIOUS CASE # 10 CV - 6195 WAS
HELD AT THE DISTRICT COURT > 500 PEARL ST. NY. NY. 10007

WHERE A COURT SESSION WAS HELD ON - DEC. 1, 2011 ~ WITH OUT A JURY.
LET IT BE KNOWN ALSO THE ATTY. THAT WAS REPRESENTING ME WAS
ALSO A CODEFENDANT ON ANOTHER CASE ! AND HE CONDUCTED
HIM'SELF VERY NASTY DURING THE BACK ROOM CONFERENCE ,
ON - DEC. 1 2011 SO

\* LEAVING PROOF TO BE A 60- B VIOLATOR IN LAW PRACTICE \*

AS A PLAINTIFF IN THIS CASE , I'VE BEEN DEPRIVED OF
REQUESTED : DEMANDS IN RECORD, THAT WAS VIOLATED BY THE
REP. ATTY. MR . RICHARD D. BORZOUYE OF 14 WALL ST. NY. NY. 10007
A LAW FIRM WORKING WITH THE CITY FOR YEARS !

I WAITED FOR ALL THE COURT SESSIONS & BREACH OF AGREEMENT

TO END, TO BRING IT TO THIS COURT FOR A TRUE HEARING
& SETTLEMENT THAT I DIDNT GET IN THE DISTRICT LEVEL.

WHERE AS I WAS GETTING ILLEGALLY JERKED ON THE 12 th. FLOOR,
ON DEC. 1, 2011 SO CALLED SETTLEMENT HEARING NOT IN MY FAVOR!

THIS CASE IS CONSIDERED MALPRACTICE WITH A FOWL ATTORNEY,
REPRESENTATIVE CLASSIFIED AS A 60-B VIOLATOR A POLICE COMPLAINT
COPY IS ALSO ENCLOSED IN THIS FILE ~ FOR HARRASSMENT *

ALL PROOF IS ENCLOSED IN THE FILES AS EXHIBITS A-THOUGH-E.
IN ORDER AND I'M ASKING THE COURT TO ORDER THE NYC. DEFENDANTS

TO PAY ME THE PLAINTIFF IN FULL, WITH-OUT DISCRIMINATION AND
WITH-OUT PREJUDICE MALPRACTICE AND STOP TRYING TO RIP OFF,
A PLAINTIFF HOLDING A CONGRESSIONAL MERIT SINCE 2006.
ALL DOCUMENT FACTS ENCLOSED *

I ASK FOR THE SUM OF - $5 Million, 644, THOUSAND DOLLARS .00 AS
SETTLEMENT DEMANDS FOR DAMAGES & PUNITIVE DAMAGES
& AS THE SUPREME COURT DEEM FIT.

THANK YOU

MIGUEL P. QUINONES

Requesting these files be Removed
out of #Building 60 Context. into this Court.
the Atty. Mr. Richard D. Berzouye
is not invited in this Summon
Just the NYC. Agency!
the District Judge is not Welcome
of Building 500.

11/9/2012